FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOGAN YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>AVANTEUSA, LTD.,<br><br>    Defendant. | No. 2:17-cv-00070-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

On May 18, 2017, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 4. No answer or response had been filed by Defendant.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41, the above-captioned Complaint, ECF No. 1, is **dismissed** without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 27th day of December 2017.



Stanley A. Bastian
United States District Judge

~ 1